COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-281-CV

 

 

IN RE PATTERSON MEDICAL DIAGNOSIS,                                RELATORS

ROGERS CHIROPRACTIC CLINIC, GISSELL MEZA, 

SUSANNA LOPEZ, CLIFF ROGERS, D.C., AND 

RICK SMITH, D.C.                                                                                

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and emergency motion for stay and is of the
opinion that relief should be denied. 
Accordingly, relators=
petition for writ of mandamus and emergency motion for stay are denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL A:   HOLMAN, J.; CAYCE,
C.J.; and WALKER, J.

 








DELIVERED: 
August 17, 2006











    [1]See
Tex. R. App. P. 47.4.